THE TOWN OF SOUTHOLD, Appellant, *v.* FRANCIS B. PARKS et al., Respondents.

*Town of Southold* v. *Parks*, 97 App. Div. 636, affirmed.
(Argued October 16, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 21, 1904, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Henry A. Forster* and *Asa A. Spear* for appellant.

*Herbert L. Fordham* and *Timothy M. Griffing* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY and O'BRIEN, JJ.